# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: Scott A. Halsey | ) | CASE NO. 22-20971-13 |
| Teresa M. Halsey | ) | |
| Debtors | ) | |

## NOTICE OF HEARING ON DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY

**NOTICE IS HEREBY GIVEN** that **a non-evidentiary hearing** on the above-mentioned Motion to Extend the Automatic Stay, will be held before the U.S. Bankruptcy Court, Room **155**, 500 State Avenue, Kansas City, Kansas 66101, on **10/14/2022, at 9:30 a.m.**

Dated: October 11, 2022

Respectfully submitted,
WM Law

s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner, MO #44365; KS #17489
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 11, 2022, the foregoing was delivered via e-mail to the effected parties who are registered to receive electronic notice via ECF, and regular 1st-class, postage prepaid to the parties listed below that are not registered to receive ECF notice.

**[See attached mailing matrix]**

s/ Jeffrey L. Wagoner

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 22-20971<br>District of Kansas<br>Kansas City<br>Thu Oct  6 19:08:50 CDT 2022 | Aaron R. Bailey<br>534 S Kansas Ave STE- 1000<br>Topeka KS 66603-3456 | Harley Davidson Credit Corp<br>PO Box 15129<br>Palatine IL 60055-0001 |
| James Mirable MD<br>10600 Quivira Ste 250<br>Lenexa KS 66215-2311 | Jefferson Capital Systems LLC<br>PO Box 1999<br>Saint Cloud MN 56302 | Martin Leigh, PC<br>2405 Grand Blvd, Ste. 410<br>Kansas City MO 64108-2577 |
| Millsap & Singer<br>612 Spirit Drive<br>Chesterfield MO 63005-1259 | Moore & Associates LLC<br>430 E Santa Fe<br>Olathe KS 66061-3461 | (p)RSH AND ASSOCIATES LLC<br>PO BOX 14515<br>LENEXA KS 66285-4515 |
| Ras Crane LLC<br>PO Box 772813<br>Chicago IL 60677-0113 | Selene Finance<br>9990 RICHMOND AVENUE<br>Houston TX 77042-4559 | Sloan Law Firm<br>534 S Kansas Avenue, Ste 10000<br>Topeka KS 66603-3451 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Verizon<br>PO Box 660108<br>Dallas TX 75266-0108 | Jeffrey L. Wagoner<br>W M Law<br>15095 W. 116th Street<br>Olathe, KS 66062-1098 |
| Scott Allen Halsey<br>18050 Kreider Road<br>Linwood, KS 66052-4653 | Teresa Marie Halsey<br>18050 Kreider Road<br>Linwood, KS 66052-4653 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

RSH & Associates LLC
PO Box 14515
Lenexa KS 66285

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17